THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK BUCKLEY, Appellant, v. VINCENT R. MANCUSI, as Superintendent of Attica Correctional Facility, Respondent.—

Present — Del Vecchio, J. P., Witmer, Gabrielli, Cardamone and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT SANDERSON, Appellant, v. VINCENT R. MANCUSI, as Superintendent of Attica Correctional Facility, Respondent.—

Present — Marsh, J. P., Witmer, Gabrielli, Moule and Cardamone, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD SIELING, Appellant, v. VINCENT R. MANCUSI, as Superintendent of Attica Correctional Facility, Respondent.—

Present — Marsh, J. P., Gabrielli, Moule, Cardamone and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROGER WEISSER, Appellant.—

Present — Goldman, P. J., Del Vecchio, Witmer, Moule and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. JACKSON, Appellant.— Memorandum: Since no appeal was taken by the District Attorney from the order granting defendant's application to be resentenced, we are not empowered to review the propriety of that order and, as a consequence, we are now constrained to grant defendant's motion to vacate the judgment of conviction. The death of the court reporter and absence of any stenographic notes of the trial foreclose the defendant from having an appellate review of any of the evidence and rulings of the trial court. (People v. Schwach, 16 A D 2d 879; People v. Lomoso, 284 App. Div. 670.)

C. D. PERRY & SONS, INC., Respondent, v. GEORGE A. ROSSI CONSTRUCTION CORP., Defendant and Third-Party Plaintiff-Appellant-Respondent. CITY OF ROME, Third-Party Defendant-Appellant.— Motion granted and time for filing and serving records and briefs extended to June 14, 1971. The memoranda of law considered by the trial court are no part of the record on appeal and should be removed therefrom. With respect to exhibits, counsels' attention is directed to 22 NYCRR 1000.4.

ROBERT S. MCDOWELL et al., Respondents-Appellants, v. STATE OF NEW YORK, Appellant-Respondent.— Motion to compel inclusion of certain papers in the record on appeal denied without prejudice to renew the motion in the Court of Claims. (See 22 NYCRR 1000.5 [a] [3].)